IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOM WENCKAITIS and ANTHONY MARSHALL,<br><br>　　　　Plaintiffs,<br>　v.<br><br>SPECIALTY CONTRACTORS, INC. and JOHN O'HARA, owner of Specialty Contractors, Inc.<br><br>　　　　Defendants. | Case No. 20-CV-03743<br><br>Hon. Sharon Johnson Coleman |

**PLAINTIFFS' MOTION FOR TURNOVER OF FUNDS**

Plaintiffs, by their attorneys, ask the Court to enter the order attached hereto as Exhibit A, instructing third-party citation respondent, American Community Bank & Trust, to turnover assets in its possession and that belong to judgment debtors Defendants Specialty Contractors, Inc. or John O'Hara. Plaintiffs state in support as follows:

1. On July 11, 2023, this Court entered judgment in Plaintiffs' favor in the amount of $84,625.57. ECF No. 87. It also entered judgment in favor of Specialty Contractors and against Tom Wenckaitis in the amount of $4,126. The judgment orders resulted in a net total judgment of $80,499.57 in favor of Plaintiffs.

2. On August 25, 2023, Plaintiffs served a citation to discover assets on American Community Bank & Trust. Exhibit B. On August 28, 2023, Plaintiffs mailed a copy of the citation to discover assets to counsel of record for Defendants. Exhibit B at p.8.

3. On August 28, 2023, American Community Bank & Trust served its answer to the citation, indicating that it had frozen over $160,000 of the Defendants' assets in response to the citation. Exhibit C.

4. Plaintiffs now ask the Court to enter an order requiring American Community Bank & Trust to turnover funds that it is currently holding pursuant to the served citation in the amount of $80,499.57. The funds should be turned over to Plaintiffs' counsel to be deposited in their client trust account.

5. Plaintiffs further ask that any and all funds in excess of $80,499.57 should be returned to Defendants, that the freeze on the accounts be lifted, and that the Citation to American Community Bank & Trust be dismissed.

6. Defendants' counsel has represented that Defendants oppose this motion.

WHEREFORE, the Court asks the Court to grant Plaintiffs' motion for turnover of funds and ask the Court to enter the Order attached hereto as Exhibit A.

Dated: August 31, 2023

                                            Respectfully submitted,

                                            By: */s/ Christopher J. Wilmes*
                                                  One of the attorneys for the Plaintiffs

Christopher J. Wilmes
cwilmes@hsplegal.com
Emily R. Brown
ebrown@hsplegal.com
HUGHES, SOCOL, PIERS, RESNICK& DYM LTD.
70 W. Madison Street
Chicago, IL 60602
Telephone: 312-580-0100
Facsimile: 312-580-1994

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on August 31, 2023, he caused a copy of the foregoing Plaintiffs' Motion for Turnover of Funds, to be served electronically via the Court's CM/ECF system to the following parties:

      John Lynch
      Cremer Law LLC
      1 N. Franklin, Suite 900
      Chicago, IL 60606
      jlynch@cremerlaw.com

                                                              /s/ Christopher J. Wilmes